**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | | |
|---|---|---|
| Compassion Church Florence, Inc., | ) | Civil Action No. 4:21-cv-02608-JD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| Brotherhood Mutual Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Compassion Church Florence, Inc., by and through its undersigned counsel, hereby dismisses, with prejudice, all claims and causes of action that were asserted against Defendant Brotherhood Mutual Insurance Company, in the above-captioned action. As indicated by their signatures below, all parties consent to the dismissal of this action. This Stipulation of Dismissal with Prejudice ends this action.

[SIGNATURES ON FOLLOWING PAGE]

WE SO CONSENT:

FINKLEA, HENDRICK & BLAKE, LLC

By: s/GARY I. FINKLEA_____
Gary I. Finklea
Federal Bar No. 6536
E-mail: gfinklea@finklealaw.com
P.O. Box 1317
814 West Evans Street (29501)
Florence, SC 29503
(843) 317-4900

**Attorney for Plaintiff**


WE SO CONSENT:

NELSON MULLINS RILEY & SCARBOROUGH, LLP

By: s/JAY T. THOMPSON_____
Jay T. Thompson
Federal Bar No. 09846
E-mail: jay.thompson@nelsonmullins.com
1320 Main Street / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC 29201
(803) 799-2000

Kelly M. Reid
Federal Bar No. 13063
E-mail: kelly.reid@nelsonmullins.com
301 South College Street / 23rd Floor
Charlotte, NC 28202
(704) 417-3000

**Attorneys for Brotherhood Mutual Insurance Company**


January 5, 2022